**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-09198-TAB |
| | § | |
| ANNA ZELAZOWSKA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/14/2012, in Courtroom 642, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/18/2012                          By:  /s/ David P. Leibowitz
                                                           (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-09198-TAB |
| | § | |
| ANNA ZELAZOWSKA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $2,271.47
*and approved disbursements of* $38.50
*leaving a balance on hand of*[1] : $2,232.97

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,232.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $567.87 | $0.00 | $567.87 |
| David P. Leibowitz, Trustee Expenses | $3.30 | $0.00 | $3.30 |

Total to be paid for chapter 7 administrative expenses: $571.17
Remaining balance: $1,661.80

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

|  |  | Remaining balance: | $1,661.80 |
|---|---|---|---|

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,661.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $41,539.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Precision Recovery Analytics, Inc c/o B-Line LLC | $6,124.36 | $0.00 | $245.01 |
| 2 | Chase Bank USA, N.A. | $5,286.15 | $0.00 | $211.47 |
| 3 | Chase Bank USA, N.A. | $6,283.83 | $0.00 | $251.39 |
| 4 | Chase Bank USA, N.A. | $5,713.84 | $0.00 | $228.58 |
| 5 | Chase Bank USA, N.A. | $712.92 | $0.00 | $28.52 |
| 6 | Chase Bank USA, N.A. | $17,418.27 | $0.00 | $696.83 |

|  | Total to be paid to timely general unsecured claims: | $1,661.80 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

**UST-Form 101-7-NFR (5/1/2011)**

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-09198-TAB
Anna Zelazowska                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: wepps            Page 1 of 3            Date Rcvd: Oct 19, 2012
                            Form ID: pdf006        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2012.
```
db          #+Anna Zelazowska,    1920 Cherry Lane,    Apt. 220,    Northbrook, IL 60062-3657
15202770     +Agnes Pogorzelski & Associates PC,    7443 W Irving Park Road Suite 1W,    Chicago, IL 60634-2168
15202771     +Allied Interstate, Inc.,    3000 Corporate Exchange Drive, 5th Floor,    Columbus, OH 43231-7723
15202773    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital One,    P.O. Box 5155,    Norcross, GA  30091)
15202774      Chase,   Cardmember Services,    P.O. Box 15298,    Wilmington, DE  19850-5298
15546490      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15202777     +Freedman, Anselmo, Lindberg & Rappe, LLC,    P.O. Box 3228,    Naperville, IL 60566-3228
15202778     +Garcia, Rosenberg & Associates, S.C.,    P.O. Box 3597,    Springfield, IL 62708-3597
15202782      HSBC Card Services,    Direct Rewards,    P.O. Box 5251,    Carol Stream, IL  60197-5251
15202780     +Harry A. Haralampopoulos, DDS,    4235 W. 95th Street,    Oak Lawn, IL 60453-2623
15202784     +Michael D. Fine,    Chase Bank USA, N.A.,    131 S. Dearborn Street, Floor 5,
               Chicago, IL 60603-5571
15202786      Nationwide Credit, Inc.,    2015 Vaughn Road NW, Suite 400,    Kennesaw, GA  30144-7802
15202788     +North Shore Ear, Nose & Throat HP,    1160 Park Avenue West, Suite 4 North,
               Highland Park, IL 60035-2230
15202790     +Penn Credit Corporation,    P.O. Box 988,    Harrisburg, PA 17108-0988
15202792     +Receivable Management Services,    240 Emery Street,    P.O. Box 20410,
               Lehigh Valley, PA 18002-0410
15202793     +Saint Francis Hospital,    355 Ridge Avenue,    Evanston, IL 60202-3399
15202769     +Zelazowska Anna,    1920 Cherry Lane,    Apt 220,    Northbrook, IL 60062-3657
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
15202772     +E-mail/Text: cms-bk@cms-collect.com Oct 20 2012 00:08:28     Capital Management Services, LP,
               726 Exchange Street, Suite 700,    Buffalo, NY 14210-1464
15202775     +E-mail/Text: clientservices@northwestcollectors.com Oct 20 2012 00:08:21
               Consultant Radiologists Of Evanston,    C/O Northwest Collectors, Inc.,
               3601 Algonquin Road, Suite 232,    Rolling Meadows, IL 60008-3106
15202776      E-mail/Text: data_processing@fin-rec.com Oct 20 2012 00:08:27
               Financial Recovery Services, Inc.,    P.O. Box 385908,    Minneapolis, MN  55438-5908
15202779     +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2012 00:24:26     GE Money Bank/CareCredit,
               Attn.: Bankruptcy Dept.,    P.O. Box 103106,    Roswell, GA 30076-9106
15202781     +E-mail/Text: bankruptcy@hccredit.com Oct 20 2012 00:07:44     HC Processing Center,
               P.O. Box 829,    Spingdale, AR 72765-0829
15202783     +E-mail/Text: bankruptcydepartment@ncogroup.com Oct 20 2012 00:09:53
               Infinity Healthcare Physicians,    C/O NCO Financial Systems, Inc.,    507 Prudential Road,
               Horsham, PA 19044-2308
15202785     +E-mail/Text: mmrgbk@miramedrg.com Oct 20 2012 00:09:19     MiraMed Revenue Group, LLC,
               991 Oak Creek Drive,    Lombard, IL 60148-6408
15202789     +E-mail/Text: clientservices@northwestcollectors.com Oct 20 2012 00:08:21
               North Shore Pathology Consultants,    C/O Northwest Collectors, Inc.,
               3601 Algonquin Road, Suite 232,    Rolling Meadows, IL 60008-3106
15471298      E-mail/Text: resurgentbknotifications@resurgent.com Oct 20 2012 00:04:47
               Precision Recovery Analytics, Inc,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
15202791     +E-mail/Text: bankruptcynotices@pch.com Oct 20 2012 00:08:30     Publishers Clearing House,
               P.O. Box 4002936,    Des Moines, IA 50340-2936
15202794     +E-mail/Text: bnc@ursi.com Oct 20 2012 00:08:05     United Recovery Systems, L.P.,
               P.O. Box 722929,    Houston, TX 77272-2929
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15202787    ##+North Shore Agency, Inc.,    270 Spagnoli Road, Suite 111,    Melville, NY 11747-3515
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: wepps              Page 2 of 3              Date Rcvd: Oct 19, 2012
                              Form ID: pdf006          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 21, 2012**                    **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: wepps              Page 3 of 3              Date Rcvd: Oct 19, 2012
                              Form ID: pdf006          Total Noticed: 28
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2012 at the address(es) listed below:
    Agnes  Pogorzelski    on behalf of Debtor Anna Zelazowska pogorzelski.law@gmail.com
    David P Leibowitz    dleibowitz@lakelaw.com,
     il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
    Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                     TOTAL: 3