**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 10-09198-TAB |
| | § | |
| ANNA ZELAZOWSKA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $6,324.00 | Assets Exempt: | $6,800.00 |
| Total Distributions to Claimants: | $1,661.80 | Claims Discharged Without Payment: | $71,203.30 |
| Total Expenses of Administration: | $609.67 | | |

3) Total gross receipts of $2,271.47 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,271.47 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $609.67 | $609.67 | $609.67 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $66,740.74 | $41,539.37 | $41,539.37 | $1,661.80 |
| **Total Disbursements** | $66,740.74 | $42,149.04 | $42,149.04 | $2,271.47 |

4). This case was originally filed under chapter 7 on 03/04/2010. The case was pending for 36 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/01/2013     By:   /s/ David P. Leibowitz
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2009 Federal Tax Refund | 1124-000 | $2,271.00 |
| Interest Earned | 1270-000 | $0.47 |
| **TOTAL GROSS RECEIPTS** | | **$2,271.47** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $567.87 | $567.87 | $567.87 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.30 | $3.30 | $3.30 |
| Green Bank | 2600-000 | NA | $38.50 | $38.50 | $38.50 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $609.67 | $609.67 | $609.67 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Precision Recovery Analytics, Inc c/o B-Line LLC | 7100-000 | NA | $6,124.36 | $6,124.36 | $245.01 |
| 2 | Chase Bank USA, N.A. | 7100-900 | $5,286.15 | $5,286.15 | $5,286.15 | $211.47 |
| 3 | Chase Bank USA, N.A. | 7100-900 | $6,283.83 | $6,283.83 | $6,283.83 | $251.39 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | Chase Bank USA, N.A. | 7100-900 | $5,713.84 | $5,713.84 | $5,713.84 | $228.58 |
| 5 | Chase Bank USA, N.A. | 7100-900 | $712.92 | $712.92 | $712.92 | $28.52 |
| 6 | Chase Bank USA, N.A. | 7100-900 | $17,418.27 | $17,418.27 | $17,418.27 | $696.83 |
| | Capital One | 7100-000 | $5,093.28 | NA | NA | $0.00 |
| | Consultant Radiologists Of Evanston | 7100-000 | $395.00 | NA | NA | $0.00 |
| | Garcia, Rosenberg & Associates, S.C. | 7100-000 | $585.00 | NA | NA | $0.00 |
| | GE Money Bank/CareCredit | 7100-000 | $6,084.37 | NA | NA | $0.00 |
| | Harry A. Haralampopoulos, DDS | 7100-000 | $2,218.40 | NA | NA | $0.00 |
| | HC Processing Center | 7100-000 | $4,473.33 | NA | NA | $0.00 |
| | HSBC Card Services | 7100-000 | $1,008.73 | NA | NA | $0.00 |
| | Infinity Healthcare Physicians | 7100-000 | $564.00 | NA | NA | $0.00 |
| | North Shore Ear, Nose & Throat HP | 7100-000 | $46.87 | NA | NA | $0.00 |
| | North Shore Pathology Consultants | 7100-000 | $291.00 | NA | NA | $0.00 |
| | Publishers Clearing House | 7100-000 | $132.81 | NA | NA | $0.00 |
| | Publishers Clearing House | 7100-000 | $43.02 | NA | NA | $0.00 |
| | Publishers Clearing House | 7100-000 | $31.48 | NA | NA | $0.00 |
| | Saint Francis Hospital | 7100-000 | $4,506.07 | NA | NA | $0.00 |
| | Saint Francis Hospital | 7100-000 | $5,852.37 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $66,740.74 | $41,539.37 | $41,539.37 | $1,661.80 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 10-09198-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ZELAZOWSKA, ANNA | | Date Filed (f) or Converted (c): | 03/04/2010 (f) |
| For the Period Ending: | 3/1/2013 | | §341(a) Meeting Date: | 04/21/2010 |
| | | | Claims Bar Date: | 07/25/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Cash on hand | $30.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2 | Checking account at Chase Bank | $10.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3 | account at Northbrook Bank and Trust | $250.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4 | Household goods, TV, radio, DVD player, sofa, ta | $550.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5 | Wearing apparel | $400.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6 | Jewelry | $200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7 | 2005 Jeep Grand Cherokee | $6,525.00 | $4,125.00 | | $0.00 | FA |
| **Asset Notes:** | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8 | 2009 Federal Tax Refund | $2,199.00 | $2,199.00 | | $2,271.00 | FA |
| 10367 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 10368 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 10369 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 10370 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 10371 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 10372 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| 10373 | VOID | $0.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $0.47 | Unknown |

**TOTALS (Excluding unknown value)**

| | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|
| $10,164.00 | $6,324.00 | | $2,271.47 | $0.00 |

**Major Activities affecting case closing:**

monthly payment in the amount of $183.25 by the first day of each month until the sum of $2,199.00 is paid in full.

no documents as of 4.18.10 sent email to attorney  recvd 341 docs  recvd bank statement  Debtor owes tax refund to estate
Peter to contact DA for the status of payments.
Collecting funds
Review Claims and Prepare TFR
Review Claims and Prepare TFR
Distribution made per Court order.
Prepare TDR

| **Initial Projected Date Of Final Report (TFR):** | 05/09/2011 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 05/09/2012 | DAVID LEIBOWITZ |

Page No: 1
Case 10-09198  Doc 28  Filed 03/05/13  Entered 03/05/13 13:37:27  Desc Main
Document      Page 6 of 10
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| **Case No.** | 10-09198-TAB | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | ZELAZOWSKA, ANNA | | **Bank Name:** | The Bank of New York Mellon |
| **Primary Taxpayer ID #:** | ******9925 | | **Money Market Acct #:** | ******4665 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | Money Market Account |
| **For Period Beginning:** | 3/4/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/1/2013 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 05/03/2010 | (8) | Anna Zelazowska | First payment /Due to the estate | 1124-000 | $189.25 | | $189.25 |
| 05/28/2010 | (INT) | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | $0.01 | | $189.26 |
| 06/09/2010 | (8) | Anna Zelazowska | Payment Re Tax refund | 1124-000 | $189.25 | | $378.51 |
| 06/25/2010 | (INT) | Bank of New York Mellon | Interest | 1270-000 | $0.01 | | $378.52 |
| 06/29/2010 | | Sterling Bank | Transfer Funds | 9999-000 | | $378.52 | $0.00 |
| | | | **TOTALS:** | | $378.52 | $378.52 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $378.52 | |
| | | | **Subtotal** | | $378.52 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $378.52 | $0.00 | |

**For the period of 3/4/2010 to 3/1/2013**

| | |
|---|---|
| Total Compensable Receipts: | $378.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $378.52 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $378.52 |

**For the entire history of the account between 05/03/2010 to 3/1/2013**

| | |
|---|---|
| Total Compensable Receipts: | $378.52 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $378.52 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $378.52 |

| Case No. | 10-09198-TAB | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ZELAZOWSKA, ANNA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9925 | Checking Acct #: | ******9801 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 3/4/2010 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $1,325.22 | | $1,325.22 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.41 | $1,324.81 |
| 07/08/2011 | (8) | Anna Zelazowska | Payment Re Tax refund | 1124-000 | $189.25 | | $1,514.06 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.05 | $1,512.01 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.43 | $1,509.58 |
| 09/23/2011 | (8) | Anna Zelazowska | Payment Re Tax refund | 1124-000 | $189.25 | | $1,698.83 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.58 | $1,696.25 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.56 | $1,693.69 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.64 | $1,691.05 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.72 | $1,688.33 |
| 01/21/2012 | (8) | Anna Zelawoska | Payment on Tax refund. | 1124-000 | $189.25 | | $1,877.58 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.80 | $1,874.78 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.83 | $1,871.95 |
| 03/16/2012 | (8) | Anna Zelazowska | Payment RE: Tax Refund. | 1124-000 | $378.50 | | $2,250.45 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.37 | $2,247.08 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.39 | $2,243.69 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.62 | $2,240.07 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.61 | $2,236.46 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.49 | $2,232.97 |
| 11/20/2012 | 5001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $567.87 | $1,665.10 |
| 11/20/2012 | 5002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.30 | $1,661.80 |
| 11/20/2012 | 5003 | Precision Recovery Analytics, Inc c/o B-Line | Claim #: 1; Amount Claimed: 6,124.36; Amount Allowed: 6,124.36; Distribution Dividend: 4.00; | 7100-000 | | $245.01 | $1,416.79 |
| 11/20/2012 | 5004 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 5,286.15; Amount Allowed: 5,286.15; Distribution Dividend: 4.00; | 7100-900 | | $211.47 | $1,205.32 |
| 11/20/2012 | 5005 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 6,283.83; Amount Allowed: 6,283.83; Distribution Dividend: 4.00; | 7100-900 | | $251.39 | $953.93 |
| 11/20/2012 | 5006 | Chase Bank USA, N.A. | Claim #: 4; Amount Claimed: 5,713.84; Amount Allowed: 5,713.84; Distribution Dividend: 4.00; | 7100-900 | | $228.58 | $725.35 |
| 11/20/2012 | 5007 | Chase Bank USA, N.A. | Claim #: 5; Amount Claimed: 712.92; Amount Allowed: 712.92; Distribution Dividend: 4.00; | 7100-900 | | $28.52 | $696.83 |
| 11/20/2012 | 5008 | Chase Bank USA, N.A. | Claim #: 6; Amount Claimed: 17,418.27; Amount Allowed: 17,418.27; Distribution Dividend: 4.00; | 7100-900 | | $696.83 | $0.00 |

**SUBTOTALS** $2,271.47 $2,271.47

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 10-09198-TAB | **Trustee Name:** | David Leibowitz |
| **Case Name:** | ZELAZOWSKA, ANNA | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | ******9925 | **Checking Acct #:** | ******9801 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | DDA |
| **For Period Beginning:** | 3/4/2010 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 3/1/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | | | |
|---|---|---|---|
| **TOTALS:** | | $2,271.47 | $2,271.47 | $0.00 |
| **Less: Bank transfers/CDs** | | $1,325.22 | $0.00 | |
| **Subtotal** | | $946.25 | $2,271.47 | |
| **Less: Payments to debtors** | | $0.00 | $0.00 | |
| **Net** | | $946.25 | $2,271.47 | |

**For the period of 3/4/2010 to 3/1/2013**

| | |
|---|---|
| Total Compensable Receipts: | $946.25 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $946.25 |
| Total Internal/Transfer Receipts: | $1,325.22 |
| Total Compensable Disbursements: | $2,271.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,271.47 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 3/1/2013**

| | |
|---|---|
| Total Compensable Receipts: | $946.25 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $946.25 |
| Total Internal/Transfer Receipts: | $1,325.22 |
| Total Compensable Disbursements: | $2,271.47 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,271.47 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 4

Exhibit 9

| Case No. | 10-09198-TAB | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ZELAZOWSKA, ANNA | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******9925 | | Money Market Acct #: | ******9198 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 3/4/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/29/2010 | | Bank of New York Mellon | Transfer Funds | 9999-000 | $378.52 | | $378.52 |
| 07/01/2010 | (8) | Anna Zelazowska | Installment Payment | 1124-000 | $189.25 | | $567.77 |
| 07/29/2010 | (8) | Anna Zelazowka | Payment Re Tax refund | 1124-000 | $189.25 | | $757.02 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.02 | | $757.04 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.03 | | $757.07 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.03 | | $757.10 |
| 10/22/2010 | (8) | Anna Zelazowska | Payment on Tax Refund | 1124-000 | $189.25 | | $946.35 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.03 | | $946.38 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.04 | | $946.42 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.04 | | $946.46 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.04 | | $946.50 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.04 | | $946.54 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.04 | | $946.58 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.04 | | $946.62 |
| 05/05/2011 | (8) | Anna Zelazowska | Payment Re Tax refund | 1124-000 | $183.00 | | $1,129.62 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.05 | | $1,129.67 |
| 06/17/2011 | (8) | Anna Zelazowska | Payment Re Tax refund | 1124-000 | $195.50 | | $1,325.17 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.05 | | $1,325.22 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $1,325.22 | $0.00 |
| | | | **TOTALS:** | | $1,325.22 | $1,325.22 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $378.52 | $1,325.22 | |
| | | | **Subtotal** | | $946.70 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $946.70 | $0.00 | |

| For the period of 3/4/2010 to 3/1/2013 | | For the entire history of the account between 06/25/2010 to 3/1/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $946.70 | Total Compensable Receipts: | $946.70 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $946.70 | Total Comp/Non Comp Receipts: | $946.70 |
| Total Internal/Transfer Receipts: | $378.52 | Total Internal/Transfer Receipts: | $378.52 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $1,325.22 | Total Internal/Transfer Disbursements: | $1,325.22 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 5
Exhibit 9

| Case No. | 10-09198-TAB | | Trustee Name: | David Leibowitz |
| Case Name: | ZELAZOWSKA, ANNA | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******9925 | | Money Market Acct #: | ******9198 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | MMA |
| For Period Beginning: | 3/4/2010 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/1/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $2,271.47 | $2,271.47 | $0.00 |

| **For the period of 3/4/2010 to 3/1/2013** | | **For the entire history of the case between 03/04/2010 to 3/1/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,271.47 | Total Compensable Receipts: | $2,271.47 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,271.47 | Total Comp/Non Comp Receipts: | $2,271.47 |
| Total Internal/Transfer Receipts: | $1,703.74 | Total Internal/Transfer Receipts: | $1,703.74 |
| | | | |
| Total Compensable Disbursements: | $2,271.47 | Total Compensable Disbursements: | $2,271.47 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,271.47 | Total Comp/Non Comp Disbursements: | $2,271.47 |
| Total Internal/Transfer Disbursements: | $1,703.74 | Total Internal/Transfer Disbursements: | $1,703.74 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ